LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2708

**FILED**

JAN 2 6 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE SEARCH WARRANT ) CASE NO.
) 2:09 - SW - 0022
)
)
) SEALING ORDER
)

In order to protect the integrity of ongoing investigations, the United States respectfully requests that the Court order that the Search Warrant and attachments be filed under seal pending its return and that the Application and Affidavit in Support of Search Warrant remain under seal pending further order of the Court.

DATED: January 21, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: _____
    MATTHEW D. SEGAL
    Assistant U.S. Attorney

SO ORDERED.

GREGORY G. HOLLOWS

DATE:

_____
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge