1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MATTHEW D. SEGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

FILED

AUG 26 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In re Search Warrant | CASE NO. 2:09-SW-0022 |
|---|---|
|  | [PROPOSED] ORDER TO UNSEAL |

The government's request to unseal the filings in this matter is GRANTED.

Dated: 8/26/16

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge